UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Rosalie A. Davis )
        )
        ) Chapter 13
        ) Case No. 18-40057-CJP
        )
        Debtor. )
        )

## MODIFICATION OF FIRST AMENDED PLAN PRIOR TO CONFIRMATION

The debtor hereby modifies the Chapter 13 plan previously filed in this case as follows:

\_\_\_\_\_ Unsecured dividend changed from \_\_\_\_\_ % to \_\_\_\_\_ %.

__X__ Plan payments are changed from __*__ to __**__ each __month__.

\_\_\_\_\_ The term of the plan is reduced to \_\_\_\_\_ months.

\_\_\_\_\_ The treatment of claims shall be changed as follows:

\* The monthly Plan payment is $635.00 for 57 months.

\*\* The monthly Plan payment shall be in the $500.00 for 3 months and $635.00 for the remaining 57 months.

The total amount of payments to the Trustee shall be in the amount of $37,695.00.

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: 5/30/18

DEBTOR                                    ATTORNEY FOR DEBTOR(S)

                                          ATTORNEY FOR CHAPTER 13 TRUSTEE

DEBTOR                                    ATTORNEY FOR CREDITOR